WILLIAM SEGMAN et al., Copartners, under the Firm Name of SEGMAN & ABRAHAMS, Respondents, *v.* UNITED STATES MERCHANTS AND SHIPPERS INSURANCE COMPANY, Appellant.

(Argued October 17, 1933; decided November 21, 1933.)

526

*Paul D. Compton, W. Harry Stromenger* and *Wayne D. Bird* for appellant.

*H. H. Nordlinger, Harold Riegelman* and *David B. Lefkowitz* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.